Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No.:  C13-0363 TEH |
| Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| APOSHIAN EXCAVATING COMPANY, INC., a Utah Corporation, | Date:        October 28, 2013<br>Time:        1:30 p.m.<br>Location:   450 Golden Gate Ave.<br>                 San Francisco |
| Defendant. | Courtroom: 12, 19th Floor,<br>Judge:       Honorable Thelton E. Henderson |

Plaintiffs herein respectfully submit their request that the Case Management Conference, currently on calendar for October 28, 2013, be continued for approximately 60 – 90 days. Good cause exists for the granting of the continuance, as follows:

1.      As the Court's records will reflect, this action was filed on January 25, 2013.

2.      The parties have been in contact on numerous occasions to discuss service of process and settlement. Plaintiffs prepared and sent Defendant a proposed Notice and Acknowledgement and Judgment Pursuant to Stipulation ("Stipulation") providing for a monthly payment plan to allow Defendant to bring his account current, and provided copies of the Complaint and related documents to Defendant. Defendant confirmed that he received said documents, but refused to sign the Stipulation.

3.      Despite reasonable efforts and diligence, Plaintiffs were unable to locate and personally serve Defendant. Therefore, at Plaintiffs' request, the Court extended the time limit for

1  service of the Complaint and Summons in this action to November 25, 2013. (Dkt. #20).

2  Thereafter, on September 6, 2013, the Court granted Plaintiffs' second application for an order

3  directing service of the summons on Defendant by publication (Dkt. #25).

4       4.     The parties again discussed service of process and settlement. Defendant advised

5  that he would acknowledge receipt of the Summons and Complaint.  Plaintiffs again sent

6  Defendant a Notice and Acknowledgement of Receipt of the Summons, Complaint and related

7  documents, which Defendant did not sign and return.

8       5.     Defendant submitted partial payments toward the amounts due to Plaintiffs. After

9  further discussions with Defendant, Plaintiffs' prepared and sent Defendant an updated Stipulation

10  crediting partial payments received, and adding additional amounts that had become delinquent.

11  However, Defendant again refused to sign the Stipulation.

12       6.     Plaintiffs therefore proceeded with publishing the Summons in the Salt Lake

13  Tribune. Service of process by publication was completed on October 4, 2013, and a Proof of

14  Service of Summons is being filed with the Court concurrently with this Request. Defendant's

15  Answer is due on October 25, 2013.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

7.     There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for October 25, 2013, be continued for 60 - 90 days to allow for Defendant to respond to the lawsuit.  If Defendant does not file a timely responsive pleading, Plaintiffs anticipate requesting entry of default, followed by a motion for default judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 18th day of October 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:   _____/S/_____
        Shivani Nanda
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to ___January 13, 2014___ at ___1:30 p.m.___, and all previously set deadlines and dates related to this case are continued accordingly.

Date: ___10/21/2013___

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

Judge Thelton E. Henderson