Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APOSHIAN EXCAVATING COMPANY, INC., a Utah Corporation,<br><br>　　　　Defendant. | Case No.:  C13-0363 TEH<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE;**<br><br>**or in the alternative, REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br><br>**DECLARATION OF SHIVANI NANDA IN SUPPORT THEREOF**<br><br>Date:　　　　January 13, 2014<br>Time:　　　　1:30 p.m.<br>Location:　　450 Golden Gate Ave.<br>　　　　　　　San Francisco<br>Courtroom:　12, 19th Floor,<br>Judge:　　　　Honorable Thelton E. Henderson |

　　　　Plaintiffs respectfully request that the Case Management Conference scheduled for January 13, 2014, be vacated, as follows::

　　　　1.　　As the Court's records will reflect, this action was filed on January 25, 2013.

　　　　2.　　Service on Defendant was completed on October 4, 2013, and a Proof of Service of Summons was filed with the Court on October 18, 2013 (Dkt. #26).

　　　　3.　　The Court continued the previous Case Management Conference, set for October 28, 2013, to allow time for Defendant to respond to the lawsuit.

　　　　4.　　On November 5, 2013, the Court entered Defendant's default (Dkt. #32). Plaintiffs served a copy of the Court's notice of default entry on Defendant and filed a Proof of Service with

-2-

1  the Court on November 6, 2013 (Dkt. #33).

2       5.   The parties have been in contact on numerous occasions to discuss resolution of
3  this action. At Defendant's request, Plaintiffs prepared and sent Defendant a revised proposed
4  Judgment Pursuant to Stipulation ("Stipulation") providing for a monthly payment plan to allow
5  Defendant to bring his account current. However, Defendant has not signed the Stipulation to date.

6       6.   Plaintiffs have substantially drafted a Motion for Default Judgment and expect to
7  have the complete Motion filed with the Court within ten (10) days.  Plaintiffs will be noticing the
8  Motion for hearing on February 17, 2013, or as soon thereafter as counsel may be heard.

9       7.   There is nothing for the Court to consider at this time.  Therefore, Plaintiffs
10 respectfully request that the Court vacate the Case Management Conference, or in the alternative,
11 continue the Case Management Conference to coincide with the date of the Motion for Default
12 Judgment hearing.

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-2-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C13-0363 TEH**

P:\CLIENTS\OE3CL\Aposhian Excavating\Pleadings\C13-363 TEH - Request to Vacate CMC 010314.doc

8. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a case management conference statement, Plaintiffs will do so promptly.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 3rd day of January 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:  _____/S/_____
     Shivani Nanda
     Attorneys for Plaintiffs

IT IS SO ORDERED.

[  ] The Case Management Conference in this action is hereby vacated.

[X] The Case Management Conference in this action is hereby continued to  March 24  , 2014.  All related deadlines are extended accordingly.

Date: 01/06/2014

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE